UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   ROBERT GIBSON,                                    Case No.   23-16430-MAM
                                                           Chapter 13
            Debtor.
_____/

DICK DWYER,

            Plaintiff,                                     Adv. No. 23-01241

vs.

ROBERT GIBSON,

            Defendant.
_____/

## CERTIFICATE OF SERVICE
### and
## CERTIFICATE OF COMPLIANCE WITH
## LOCAL RULE 9073-1(D)

**I HEREBY CERTIFY** that a true and correct copy of this Notice of Hearing (CP#2)

was served this 16th day of November, 2023 as follows:

Electronically to

Jeffrey Siskind jeffsiskind@msn.com

*I further certify that I have conferred with opposing counsel in an attempt to resolve these issues without a hearing.*

                                                    Brian K. McMahon, P.A.
                                                    1401 Forum Way Suite 730
                                                    West Palm Beach, FL. 33401
                                                    Telephone:  561-478-2500
                                                    Facsimile:  561-478-3111

                                          By:    */s/ Brian K. McMahon*
                                                    Attorney for the Debtor
                                                    FBN:  0853704