

**ORDERED in the Southern District of Florida on July 31, 2024.**

_____

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

---

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
### www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 23-16430-MAM |
| Robert Allen Gibson, | Chapter 13 |
| Debtor. | |
| _____/ | |
| Kelly Landers, | Adv. Proc. No.: 23-01239-MAM |
| Plaintiff, | |
| v. | |
| Robert Gibson, | |
| Defendant. | |
| _____/ | |
| Joseph Karam, | Adv. Proc. No.: 23-01240-MAM |
| Plaintiff, | |
| v. | |
| Robert Gibson, | |
| Defendant. | |

1

_____/

      Dick Dwyer,                         Adv. Proc. No. 23-01241-MAM

      Plaintiff,

v.

      Robert Gibson,

      Defendant.

_____/

## ORDER SETTING STATUS CONFERENCE

**THIS MATTER** came before the Court *sua sponte*.

On July 23, 2024, the Court conducted a hearing[1] on the *(Letter Construed as) Motion for Judicial Assistance* (ECF No. 9) filed by Plaintiff Joseph Karam in Adv. Proc. No. 23-01240-MAM. Counsel for Mr. Karam, Attorney Jeffrey Siskind, did not appear at the hearing. The Court therefore finds it appropriate to schedule a status conference in this matter.

Accordingly, the Court, being fully advised in the premises, hereby **ORDERS** that:

1. A status conference will be conducted on **August 14, 2024 at 10:00 a.m.** solely by videoconference.

2. To participate in the status conference remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

    https://www.zoomgov.com/meeting/register/vJItdumqrzstGdoBW4nz6tq3IJmn8ydPxj4

---

[1] *See* Notice of Hearing at ECF No. 11, Adv. Proc. No. 23-01240-MAM.

3. If a party is unable to register online, please contact Maria Romaguera, Courtroom Deputy, at 561-514-4109 or email Maria_Romaguera@flsb.uscourts.gov.

4. All participants, whether attending in person or remotely, must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

###

Copies Furnished To:

**Jeffrey M. Siskind, Esq.**

*Attorney Siskind is directed to serve a copy of this Order on all interested parties upon receipt pursuant to applicable Local Rules.*